1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHNOY X. SMITH,                          No. 2:19-cv-02454-TLN-DB

12                 Plaintiff,

13          v.                                   **ORDER**

14    PAROLE BOARD, et al.,

15                 Defendants.

16

17          Plaintiff Anthony Smith ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this

18    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 24, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 24.)  On October

23    8, 2020, Plaintiff filed Objections to the Findings and Recommendations.  (ECF No. 25.)

24          The Court reviews *de novo* those portions of the proposed findings of fact to which

25    objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

26    *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see*

27    *also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed

28    findings of fact to which no objection has been made, the Court assumes its correctness and

                                                 1

1   decides the motions on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th

2   Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi*

3   *Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

4        Having carefully reviewed the entire file under the applicable legal standards, the Court

5   finds the Findings and Recommendations to be supported by the record and by the magistrate

6   judge's analysis.

7        Accordingly, IT IS HEREBY ORDERED that:

8        1.  The Findings and Recommendations filed September 24, 2020 (ECF No. 24), are

9   adopted in full;

10       2.  This action is DISMISSED pursuant to Local Rule 110 and Federal Rule of Civil

11   Procedure 41(b); and

12       3.  The Clerk of the Court is directed to close this case.

13       IT IS SO ORDERED.

14   DATED:  December 7, 2020

15

16

17                                                      _____
                                                        Troy L. Nunley
18                                                      United States District Judge

19

20

21

22

23

24

25

26

27

28

                                                 2